1 | Todd M. Friedman (SBN 216752)
2 | LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3 | 21550 Oxnard St. Suite 780,
  | Woodland Hills, CA 91367
4 | Phone: 877-206-4741
  | Fax: 866-633-0228
5 | tfriedman@toddflaw.com
6 | *Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GAME TOUCH TECHNOLOGIES INC; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.:<br><br>2:20-cv-05423<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 3rd Day of July, 2020.

By: s/Todd M. Friedman Esq.
Todd M. Friedman
Attorney For Plaintiff

Notice of Dismissal - 1

# CERTIFICATE OF SERVICE

Filed electronically on July 3, 2020, with:

United States District Court CM/ECF system

Notification sent electronically on July 3, 2020, to:

To the Honorable Court, all parties and their Counsel of Record


s/ Todd M. Friedman
   Todd M. Friedman